

Littler Mendelson, PC
900 Third Avenue
New York, NY 10022.3298


David M. Wirtz
Shareholder
212.583.2699 direct
212.583.9600 main
646.219.5834 fax
dwirtz@littler.com

March 2, 2015

**VIA ECF**

Honorable Valerie Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:    Owens et al. v. Fresh Direct LLC et al., 14 Civ. 1909 (VEC)(GWG)**

Dear Judge Caproni:

I am pleased to be able to advise the Court on behalf of the parties that, with the assistance of a mediator, we have today reached a settlement agreement in principle. The parties will turn now to preparing a formal settlement agreement and taking the additional steps necessary, with the Court's assistance, to resolve the matter fully.

Thank you for Your Honor's courtesies.

Respectfully submitted,

Littler Mendelson, P.C.

David M. Wirtz

cc:    Doug Lipsky, Esq. (via ECF)
       Jeff Gottlieb, Esq. (via ECF)
       Dana Gottlieb, Esq. (via ECF)

littler.com